### 50650. JOLIVETTE v. THE STATE.

QUILLIAN, Judge.

This case is controlled by *Staton v. State,* 135 Ga. App. 55.

*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

SUBMITTED MAY 8, 1975 — DECIDED JUNE 9, 1975.

*Hayes & Hammack, Arnold Hammack,* for appellant.

*William S. Lee, District Attorney, Dan MacDougald, III,* for appellee.